**Order entered July 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00181-CR

**JOSE ISMAEL ARREOLA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-00581-N**

## ORDER

The Court **GRANTS** court reporter Sandra Hughes's June 27, 2013 request for an extension of time to file the reporter's record. We **ORDER** Ms. Hughes to file the reporter's record within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sandra Hughes, official court reporter, 195th Judicial District Court, and to counsel for all parties.

/s/     DAVID EVANS
        JUSTICE